THE PEOPLE OF THE STATE OF NEW YORK v. CHARLOTTE F. HONIG.— Motion granted and the time of appellant within which to serve and file the case on appeal and appellant's points extended to and including the 1st day of August, 1930, with notice of argument for the 7th day of October, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EVANS F. GLORE & SON v. BENNETT ROSE and Others, Impleaded with HENRY HAUER, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DINA MILLER, Appellant, v. SIDNEY MILLER, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALLIED SANDBLAST CLEANING CO., INC., and SAMUEL GOLDBERG, Claimants; SIMON STRUNIN, Claimant, Respondent, v. HAR REALTY COMPANY, INC., Owner, Appellant, and 35 EAST THIRTIETH STREET CORPORATION, Contractor.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KAPROCO REALTY CORPORATION, Appellant, v. GEORGE F. HINRICHS, INCORPORATED, and Another, Defendants, Impleaded with GEORGE SCHAEFER & SONS, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARLEM CHURCH OF THE SEVENTH DAY ADVENTISTS, Respondent, v. THE GREATER NEW YORK CORPORATION OF SEVENTH DAY ADVENTISTS and GREATER NEW YORK CONFERENCE OF SEVENTH DAY ADVENTISTS, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD NECARSULMER and EDWARD LEHLBACH, Respondents, v. HERMAN GOLDMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to renew upon a proper demand for a reasonable bill of particulars. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., Respondent, v. P. J. HEANEY COMPANY and Others, Defendants, Impleaded with THE PEOPLE OF THE STATE OF NEW YORK, Appellant. (EDWARD V. McKEOWN, Referee, Respondent.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM GOLDBERG, Respondent, v. BROADWAY CENTRAL SECURITIES CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.